Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of TONY MURO, Respondent, against DAVID R. LONGNECKER et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ALBERT NATHANSON, Respondent, against IGNAZ STRAUSS & CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ELMER R. DUNN. NATIONAL SECURITIES & RESEARCH CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.—

(*Matter of Electrolux Corp.*, 288 N. Y. 440.)  Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.